**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Preston Marshall and Rusk Capital Management, L.L.C.

Appellate case number:    01-22-00513-CV

Trial court case number:   2015-35950

Trial court:            11th District Court of Harris County

and

Appellate case name:     Preston Marshall and Rusk Capital Management, L.L.C. v. Maropco, Inc. and E. Pierce Marshall, Jr.

Appellate case number:    01-22-00573-CV

Trial court case number:   2015-35950

Trial court:            11th District Court of Harris County

Preston Marshall and Rusk Capital Management, LLC's motion[1] for reconsideration of their emergency motion for stay is hereby **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date: August 19, 2022

---

[1]     We construe the letter filed on August 18, 2022 by Preston Marshall and Rusk Capital Management, L.LC., which "re-urge[s] that the Court issue an emergency stay of the trial court's order for turnover of their attorney-client privileged information," as a motion for reconsideration of the stay this Court previously denied.